IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CRYSTAL POOLE,<br><br>               Defendant. | No. CR 12-0389 SI<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING SENTENCING HEARING<br><br>**Hearing Date:** Friday, January 18, 2013 at 11:00 a.m. |

     The defendant Crystal Poole has entered a guilty plea pursuant to a written plea agreement. The presentence report process is complete, sentencing memoranda have been filed, and the sentencing hearing was originally scheduled for Friday, December 14, 2012. On December 10, 2012, the sentencing hearing was moved to Thursday, December 20, 2012.

     In this stipulated order counsel for Ms. Poole, Steven Kalar, represents that on Tuesday, December 11, 2012 he was selected to serve as a juror in a civil trial in Alameda Superior Court, in Oakland. The trial is expected to go to the end of January 2013. Trial is scheduled for Monday through Thursday from 9:00 a.m. until 1:30 p.m. Because of his obligations as a juror, Mr. Kalar is unavailable for the sentencing hearing now scheduled for December 20, 2012.

     Both government counsel and Ms. Poole are flying to the Northern District of California

*Poole*, CR 12-0389 SI
ORD. CONT. SENT.

from out-of-state for the sentencing hearing. Both parties would prefer to avoid the expense of airline tickets purchased on short notice.

The defense accordingly moves the Court to continue the sentencing hearing to Friday, January 18, 2013 at 11:00 a.m. The government has no objection to this request.

Therefore, for good cause shown the sentencing hearing now scheduled for December 20, 2012 is vacated. The matter shall be added to the Court's calendar on Friday, January 18, 2013 at 11:00 a.m. for sentencing. Defense counsel shall inform the Office of Probation of the new date for the sentencing hearing.

IT IS SO ORDERED.

12/18/2012
DATED

SUSAN ILLSTON
United States District Court Judge

IT IS SO STIPULATED.

Dec. 14, 2012
DATED

/s/
MELINDA HAAG
United States Attorney
Northern District of California
KATHERINE WONG
Assistant United States Attorney

Dec. 14, 2012
DATED

/s/
STEVEN G. KALAR
Federal Public Defender
Northern District of California

*Poole*, CR 12-0389 SI
ORD. CONT. SENT.                                   2