UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>CRYSTAL POOLE,<br>　　　　　Defendant. | Case No. 12-cr-00389-SI-1<br><br>**ORDER REGARDING DEFENDANT'S AUGUST 26, 2024 LETTER**<br>Re: Dkt. No. 39 |

The Court has received a letter from defendant Crystal Poole regarding the restitution that this Court ordered in the January 24, 2013 judgment. Ms. Poole asks whether she still is required to pay the restitution ordered, and she states that she believes she no longer has to pay that debt because her sentence has ended.

The Court informs Ms. Poole that she is still required to pay the restitution owed. Pursuant to 18 U.S.C. § 3613 (b) and (f), the requirement to pay restitution shall end the <u>later</u> of 20 years from the entry of judgment or 20 years after the release from imprisonment. The Court also suggests that Ms. Poole consult with the Federal Public Defender who is representing her in Mississippi to discuss her restitution obligations.

**IT IS SO ORDERED**.

Dated: September 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge